THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JESSIE ROWELL, Defendant-Appellant.

(No. 72-127;

Second District—May 3, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Paul Bradley, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, (James W. Jerz, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ORVILLE EARL BOOTH, Defendant-Appellant.

(No. 72-193;

Second District—May 3, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.